# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. BALTAZAR,<br>        Plaintiff,<br>v.<br>ANDREW SAUL,<br> Commissioner of Social Security,<br>        Defendant. | Case No. 2:18-cv-06226-SK<br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: September 9, 2019

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE